**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6095**

DWAIN FERRELL,

                                   Plaintiff - Appellant,

     versus

NORTH CAROLINA DEPARTMENT OF CORRECTION;
CORRECTION CORPORATION OF AMERICA; MARY A.
GOSMIRE, c/o Ferrara Pan Candy Company; KEEFE
SUPPLY COMPANY,

                                   Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-01-771-H)

Submitted: April 18, 2002           Decided: April 26, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwain Ferrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwain Ferrell appeals the district court's order dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ferrell v. North Carolina Dep't of Corr., No. CA-01-771-H (E.D.N.C. Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED